

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2015

No. 04-14-00596-CV

**IN THE MATTER OF T.L.R.,**

From the 436th District Court, Bexar County, Texas
Trial Court No. 2014JUV00182
The Honorable Lisa Jarrett, Judge Presiding

# O R D E R

Appellee has filed a motion to extend time to file its brief. Appellant's brief was filed March 10, 2015. Accordingly, appellee's brief is due April 9, 2015 – not March 20, 2015, as asserted by appellee in the motion – this is not an accelerated appeal. Appellee asks for an additional twenty days to file its brief. We **GRANT** appellee's motion. Accordingly, appellee's brief is now due April 20, 2015 – April 19, 2015 is a Sunday.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2015.

_____
Keith E. Hottle
Clerk of Court